UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVYNN MATTHEWS | Honorable Douglas E. Arpert<br><br>Mag. No. 23-6015<br><br>**DETENTION ORDER** |

    This matter having come before the Court by way of an initial appearance pursuant to Federal Rule of Criminal Procedure 5(c)(2)(A) and on motion of the United States, by Philip Sellinger, United States Attorney for the District of New Jersey (Eric Suggs, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the defendant as a risk of flight and danger to the community in the above-entitled matter; and the defendant having consented to detention reserving the right to seek pre-trial release at a later date; and for good cause shown:

    IT IS, therefore, on this  24th  day of May, 2023,

    ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that the defendant, Devynn Matthews, be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

    ORDERED that such detention be without prejudice to the defendant's right to seek pre-trial release pursuant to Title 18, United States Code, Section 3142(f) at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge